**DAVID SCOTT**
Attorney at Law
60 East 42nd Street - 40th floor
New York, New York 10165
(212) 661-0001
Fax (212) 661-8042

Via Telecopier (973) 645-3841

February 19, 2008

The Hon. Claire C. Cecchi
United State Magistrate judge
United States District Court
District of New Jersey
50 Walnut St.
Newark, NJ 07101

Attention: Melissa Reilly

## ORDER ON ORAL MOTION

re: Bill Steele v. American Express
Civil Action No. 06-6089

Your Honor:

I represent plaintiff in the referenced action.

Defendants' I have spoken with defendants' counsel, Lorin Reisner,
motions and I request an extension of time to file
affirmative -- plaintiff's to add a party and defendants' to add an
defense -- to February 25, 2008.

Respectfully submitted,

David Scott

Lorin L. Reisner, Esq (via telecopier (212) 909-6836)

SO ORDERED
s/Claire C. Cecchi
_____
Claire C. Cecchi, U.S.M.J.
Date: 2/19/08